# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**MARIO MINJARES,**

Plaintiff-Appellant,

v.                                                                                     **NO. 28,992**

**MANUEL ROMERO, GARY MIER,
ROBERT EASTMAN, MIKE VIGIL,
CHARLES MARTINEZ, JOHN DOE(S),
and DEPARTMENT OF CORRECTIONS,**

Defendants-Appellees.

**APPEAL FROM THE DISTRICT COURT OF SANTA FE COUNTY
James A. Hall, District Judge**

Mario Minjares
Juarez, Mexico

Pro Se Appellant

James R.D. Brewster
Santa Fe, NM

for Appellees Romero, Mier, Eastman, Vigil, Martinez

Gary K. King, Attorney General
Santa Fe, NM

for Appellee Department of Corrections

# MEMORANDUM OPINION

**CASTILLO, Judge.**

Summary dismissal was proposed for the reasons stated in the notice of proposed disposition. No memorandum opposing summary dismissal has been filed, and the time for doing so has expired.

Dismissed.

**IT IS SO ORDERED.**


_____

**CELIA FOY CASTILLO, Judge**

**WE CONCUR:**


_____

**RODERICK T. KENNEDY, Judge**


_____

**ROBERT E. ROBLES, Judge**